UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LABELLE MANAGEMENT, INC. et al.,

        Plaintiffs,                      Case No. 13-12500
                                                  Honorable Thomas L. Ludington

v.

BLUE CROSS AND BLUE SHIELD
OF MICHIGAN,

        Defendant.
_____/

## ORDER STAYING PROCEEDINGS

The legal issues in this case are similar, if not identical, to those recently litigated in *Hi-Lex Controls, Inc. v. Blue Cross Blue Shield of Mich.*, No. 11-CV-12557 (E.D. Mich. 2013) (Roberts, J.). In that case, Defendant has filed a notice of appeal concerning the judgment issued against it on May 23, 2013. *See* ECF Nos. 245, 250. A ruling on that appeal may govern the outcome of the instant case. The Court will therefore stay this case until the appeal in *Hi-Lex* is decided. Defendant shall notify the Court when the court of appeals issues its decision.

Accordingly, it is **ORDERED** that this case is **STAYED** until such time as the Sixth Circuit Court of Appeals issues its ruling in *Hi-Lex*.

Dated: June 14, 2013                                                s/Thomas L. Ludington
                                                                     THOMAS L. LUDINGTON
                                                                     United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 14, 2013.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS